UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA       :   MISDEMEANOR
                                   INFORMATION
           v.                  :
                                   08 Cr.
CHRISTINA MAIO,                :   **08 CRIM 187**

           Defendant.          :

- - - - - - - - - - - - - - - X

COUNT ONE

The United States Attorney charges:

On or about March 25, 2007, up to and including on or about April 24, 2007, in the Southern District of New York and elsewhere, CHRISTINA MAIO, the defendant, unlawfully, willfully, and knowingly, did take and carry away, with intent to steal and purloin, property and money and other things of value not exceeding $1,000 belonging to, and in the care, custody, control, management, and possession of a bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, to wit, MAIO opened a bank account at Chase, deposited stolen convenience checks into that account and withdrew funds from that account.

(Title 18, United States Code, Section 2113(b).)

*[signature]*
MICHAEL J. GARCIA
United States Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAR 0 5 2008