UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

NATIONAL CITY COMMERCIAL CAPITAL
COMPANY, LLC,

        Plaintiff,

    vs.

INTERBORO INSTITUTE, INC.,

        Defendant.

------------------------------------------------------------------------x

Case Number: 08 CIV 6221
Judge Holwell

**ECF CASE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-3-08

## STIPULATION EXTENDING DEFENDANT'S TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO COMPLAINT AND EXTENDING TIME TO COMPLETE RULE 26(A)(1) DISCLOSURES

    **IT IS HEREBY STIPULATED** and agreed by and between counsel for the above-captioned plaintiff (the "Plaintiff") and counsel for the above-captioned defendant (the "Defendant") that (1) the time for Defendant to answer, move or otherwise respond to the Plaintiff's complaint in the above-captioned action be, and the same hereby is, extended on consent of said parties by their respective undersigned counsel to and including September 29, 2008; and (2) the time for Rule 26(a)(1) disclosures to be completed in the above-captioned action be, and the same hereby is, extended on consent of said parties by their respective undersigned counsel to and including September 29, 2008.  This Stipulation may be signed in counterparts which, when together, will consist of the entire Stipulation.

Dated: August 29, 2008
        Sparta, New Jersey

                                        PERETORE & PERETORE, P.C.
                                        Attorneys for the Plaintiff
                                        By:

                                        /s/ Frank Peretore
                                        Frank Peretore (FP 7020)
                                        191 Woodport Road
                                        Sparta, New Jersey 07871
                                        (973) 729-8991


Dated: August 29, 2008
        New York, New York

                                        DICONZA LAW, P.C.
                                        Attorneys for the Defendant
                                        By:

                                        /s/ Gerard DiConza
                                        Gerard DiConza (GD 0890)
                                        630 Third Avenue, 7th Floor
                                        New York, New York 10017
                                        (212) 682-4940


SO ORDERED this ___ day of ~~August,~~ 2008

                                   3RD  SEPT.

_____
UNITED STATES ~~DISTRICT~~ JUDGE
           MAGISTRATE

2







# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
## PROBATION OFFICE

**Petition for Warrant
with Attached Request for
Court Action Direction Detailing Probable Cause**

Offender: Christina Maio                    Dkt #08-CR-187-01(HBP)

Sentencing Judge: Honorable Henry B. Pitman, U.S. Magistrate Judge

Date of Original Sentence:    June 25, 2008

Original Offense:             Bank Larceny, 18 USC 2113(b), a Class A Misdemeanor.

Original Sentence:    Thirty (30) Days Imprisonment to be Followed by a One (1) Year Term
                      of Supervised Release.

Type of Supervision:    Supervised Release    Date Supervision Commenced:    July 18, 2008

---

## PETITIONING THE COURT TO ISSUE A WARRANT

The offender has not complied with the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | ON OR SINCE JULY 18, 2008, MAIO FAILED TO PARTICIPATE IN SUBSTANCE ABUSE TREATMENT AS DIRECTED BY HER PROBATION OFFICER, IN THAT ON THE AFOREMENTIONED DATE OR SINCE MAIO FAILED TO ENTER RESIDENTIAL SUBSTANCE ABUSE TREATMENT AT DAYTOP VILLAGE, AS DIRECTED BY HER PROBATION OFFICER, **SPECIAL CONDITION, GRADE C VIOLATION.** |

MICROFILMED AUG 1 4 2008 —3 00 PM

Maio, Christina                                          P52588-M.Carroll

                                    2

U.S. Probation Officer Recommendation:

     The term of supervision should be:

     [ x ]   Revoked

          Extended for year(s), for a total term of years.

**I declare under penalty of perjury that the foregoing is true and correct. (Supporting documentation is attached)**

                                  Respectfully submitted,

                                  Chris J. Stanton
                                  Chief U.S. Probation Officer

                                  Margaret A. Carroll
                                  Senior U.S. Probation Officer

Approved by:

                    8/7/08
Peter A. Merrigan       Date
Supervising U.S. Probation Officer

Dkt #08-CR-187-01(HBP)



# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
## PROBATION OFFICE

*Judicial Response*

## THE COURT ORDERS:

[X]    The Issuance of a Warrant


[ ]    The Issuance of a Summons
             The Offender is directed to appear as follows:

             Date:    _____

             Time:    _____

             Place:    _____


[ ]    Other

_____
Signature of Judicial Officer

_____
Date